# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07CV42

PERMAN E. NORWOOD,

        Plaintiff,

   v.

DISH NETWORK SERVICE CORPORATION, d/b/a DNS GREENSBORO; ECHOSPHERE LLC, d/b/a DISH NETWORK; ECHOSTAR SATELLITE LLC, d/b/a DISH NETWORK,

        Defendants.

## CONSENT ORDER TO STAY LITIGATION AND COMPEL ARBITRATION

This matter is before the Court upon Defendants' Motion to Stay Litigation and Compel Arbitration. Plaintiff, Perman Norwood (hereafter "Plaintiff"), has consented to Defendants' Motion and the parties have agreed upon the terms of this Order. Plaintiff, by consenting to Defendant's Motion to Stay pending arbitration, does not waive any defenses he may have to any terms of the unexecuted Arbitration Agreement other than the

agreement to arbitrate under the Employment Rules of the American Arbitration Association at the expense of the Defendants.

## ORDER

**IT IS, THEREFORE, ORDERED** that all claims asserted in this action by Plaintiff are hereby **STAYED** pending their arbitration, and that this action is hereby **STAYED** pending arbitration; and

**IT IS FURTHER ORDERED** that Plaintiff is hereby directed to submit all of his claims in this lawsuit to arbitration, in accordance with the terms and conditions of the Arbitration Agreement.

**THIS STAY** shall automatically dissolve May 1, 2008, unless on or bfore such date the parties have filed a Rule 41 dismissal or have sought to enlarge such stay for good cause.

Signed: August 6, 2007

Dennis L. Howell
United States Magistrate Judge